IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JUAN RODRIGUEZ-AGUEDA,

        Petitioner,

v.                                            CIVIL ACTION NO.: 3:23-CV-6
                                                  (GROH)

WOLFE,

        Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 11, 2023, the *pro se* Petitioner initiated the above-styled habeas corpus action by filing the court-approved habeas corpus petition form, motion to proceed without prepayment of fees, Prisoner Trust Account Report (PTAR), and ledger sheets. ECF Nos. 1, 2, 3, 3-1. The Court entered an order on January 20, 2023, which denied the Petitioner's motion to proceed without prepayment of fees and directed the Petitioner to pay the $5.00 filing fee within 14 days of the entry of the order. ECF No. 5. The Petitioner accepted service of the order on January 23, 2023. ECF No. 7.

More than fourteen days have elapsed since entry of the order directing the Petitioner to pay the $5.00 filing fee, but the Petitioner has failed to timely pay the filing fee. Accordingly, it is **ORDERED** that 3:23-CV-6 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** February 9, 2023

                                                                      GINA M. GROH
                                                                      UNITED STATES DISTRICT JUDGE